```
1  JACOB D. FLESHER – SBN 210565
   JASON W. SCHAFF – SBN 244285
2  JEREMY J. SCHROEDER – SBN 223118
   FLESHER SCHAFF & SCHROEDER, INC.
3  2202 Plaza Drive
   Rocklin, CA 95765
4  Telephone: (916) 672-6558
   Facsimile:  (916) 672-6602
5
   Attorneys for defendant,
6  PEARSON INCORPORATED dba RMS ROLLER GRINDER
```

IN THE UNITED STATED DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| JORDAN PACINI, | CASE NO. |
|---|---|
| Plaintiff, | *Madera Superior Court Complaint filed: 12/7/2021*<br>*Trial Date: not set* |
| vs. | |
| RMS ROLLER GRINDER; and DOES 1-100, inclusive, | **DEFENDANT, PEARSON INCORPORATED dba RMS ROLLER GRINDER'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332.** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT defendant, PEARSON INCORPORATED dba RMS ROLLER GRINDER (erroneously sued as RMS ROLLER GRINDER), removes to this Court the state action described below.

1. On December 7, 2021, an action was commenced in the Superior Court of California in and for the County of Madera entitled *Jordan Pacini v. RMS Roller Grinder, et al.,* Case No. MCV086271. A true and correct copy of the Summons and Complaint filed in this action is attached as **Exhibit "A."**

2. RMS Roller Grinder was served with a copy of the Complaint on January 4, 2022. Therefore, this Notice of Removal is filed within 30 days after receipt by RMS Roller Grinder of a copy of the pleading setting forth the claim for relief upon which this action is based.

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332. The plaintiff is, based on information and belief, a resident of California, and defendant's principal place of business is in South Dakota. Based on information and belief, the amount in controversy exceeds $75,000.

4.  Venue is appropriate in this Court because the action was removed from Madera County Superior Court. 28 U.S.C. § 1446(a).

5.  There are no other named defendants. Therefore, there are no other defendants from whom consent to remove is required.

6.  A copy of the Notice to Adverse Party of Removal to Federal Court that will be filed with the Superior Court of California, County of Madera, is attached as **Exhibit "B."**

7.  Pearson Incorporated dba RMS Roller Grinder requests a jury trial.

Defendant prays that this action be removed to this Court.

DATED: February 3, 2022                    **FLESHER SCHAFF & SCHROEDER, INC.**

By  */s/ Jacob D. Flesher*
    _____
    JACOB D. FLESHER
    JASON W. SCHAFF
    JEREMY J. SCHROEDER
    Attorneys for defendant,
    PEARSON INCORPORATED dba RMS
    ROLLER GRINDER